**U.S. v. CORPREW**                                    **Crim No. 18-cr-41 (SDW)**

## PETITION FOR
## WRIT OF HABEAS CORPUS

1.  **ALYDE CORPREW, SBI 807255D**, now confined at Essex County Correctional Facility.

2.  Said individual will be required at U.S. District Court, before the Honorable Susan D. Wigenton, District Judge in Newark, New Jersey, on **Wednesday, September 18, 2019 at 11:00am** for sentencing in the above captioned case.   A writ of habeas corpus should issue for that purpose.

DATED:     September 13, 2019
           Newark, NJ

                                       _____
                                       SAMMI MALEK
                                       ASSISTANT U.S. ATTORNEY

### ORDER

Let the Writ Issue.

DATED: Sept 13, 2019

                                       _____
                                       SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Essex County Correctional Facility

WE COMMAND YOU that you have the body of

                        **ALYDE CORPREW**
                        **SBI: 807255D**

now confined at Essex County Correctional Facility, brought to the Martin Luther King Building & US Courthouse Courtroom 5C Newark, NJ 07102 on Wednesday, September 18th at 11:00am so that he may appear for sentencing in the above- captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

          WITNESS the Honorable SUSAN D. WIGENTON
                   UNITED STATES DISTRICT JUDGE
                   Newark, New Jersey

DATED:

   9/13/19

                             WILLIAM T. WALSH
                             Clerk of the U.S. District Court
                             for the District of New Jersey

                             Per: _____
                                  Deputy Clerk