UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. ALYDE T. CORPREW, 2:18-CR-00041**

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. ALYDE T. CORPREW; DOB: 9/13/1992, SBI #: 807255D, is now confined to State of New Jersey Northern State Prison, in Newark, New Jersey.

2. ALYDE T. CORPREW; DOB: 9/13/1992, SBI #: 807255D, will be required to appear at the United States Attorney's Office, District of New Jersey, Newark, New Jersey, on **Tuesday, September 16, 2025 at 11:00 AM**, for a **Sentencing on a VOSR**, before the Honorable Susan D. Wigenton, United States Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose.

DATED:   August 6, 2025
         Newark, NJ

/s/ Sammi Malek
Sammi Malek, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 8/6/2025

Honorable Susan D. Wigenton, U.S.D.J

## WRIT OF HABEAS CORPUS

The United States of America to Warden of State of New Jersey Northern State Prison
WE COMMAND YOU that you have the body of:

ALYDE T. CORPREW, SBI #: 807255D

now confined at the Northern State Prison, be brought before the United States District Court, on September 16, 2025 at 11:00 AM, for a Sentencing on a VOSR before the Honorable Susan D. Wigenton.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: 8/6/2025

MELISSA E. RHOADS, ESQ.
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk